AO109(2/90)Seizure Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Seizure of
(Address or brief description of property or premises to be seized)

**SEIZURE WARRANT**

All funds and other things of value up to $37,950.00 in M & T Bank account number 19166887, held in the name of Young Star Tours

CASE NUMBER: 07-444-M

TO: <u>Director, Federal Bureau of Investigation,</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by <u>Special Agent Gregg C. Domroe</u> who has reason to believe that within the jurisdiction of this Court there is now certain property that is subject to forfeiture to the United States, namely (describe the property to be seized)

All funds and other things of value up to $37,950.00 in M & T Bank account number 19166887, held in the name of Young Star Tours

**FILED**

SEP 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the property so described is subject to seizure and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize the property specified, if necessary by freezing the account so that no funds may be withdrawn, debited, removed, or reduced in any fashion by any person, within 10 days, serving this warrant and making the seizure ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

M & T BANK is ordered to provide the property specified to the law enforcement officer serving this warrant or, at that official's request, to freeze the property in the account so that the property may not be withdrawn, debited, removed, or reduced in any fashion by any person until further Order of this Court.

SEP 13 2007
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D. C.

*/s/ John M. Facciola*

Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED 9/13/2007 | DATE AND TIME WARRANT EXECUTED 9/17/2007 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH TRISTAN De VEGA. |
| INVENTORY MADE IN THE PRESENCE OF TRISTAN De VEGA - ASSISTANT BANK MANAGER  M&T BANK - 555 12TH STREET, NW, WASHINGTON D.C. | | |

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

ONE (1) M&T OFFICIAL CHECK DATED 9/17/2007, CHECK # 901745555-4 IN THE AMOUNT OF $37,950 MADE PAYABLE TO U.S. MARSHALS SERVICE.

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_      09/21/07
U.S. Judge or U.S. Magistrate Judge      Date

**M&T Bank**
Manufacturers and Traders Trust Company
BUFFALO, N.Y. 14240

FBI SEIZURE WARRANT
REMITTER

PAY TO THE ORDER OF   U S MARSHALS SERVICE **
***THIRTY SEVEN THOUSAND NINE HUNDRED FIFTY and 00/100***USDollars

DATE  09/17/2007
$  37,950.00

OFFICIAL CHECK   9017455554
23-97/1020

TWO AUTHORIZED SIGNATURES REQUIRED FOR AMOUNTS $10,000.00 & OVER
AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

DRAWER M & T BANK
Issued by Integrated Payment Systems Inc., Englewood Colorado
JPMorgan Chase Bank, N.A., Denver, Colorado

342520293003 342532 NEW 04/05   FIRST DATA   8510019539

⑈9017455554⑈ ⑆102000979⑆ 680090175555⑈